UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>SAVANAH MANDOCK, et al.,<br><br>Defendants. | Case No. 5:18-cv-01420-DMG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge [Doc. # 13]. Plaintiff did not file any timely written objection to the report.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted; and
2. Judgment shall be entered dismissing this case without prejudice.

DATED: March 5, 2019

DOLLY M. GEE
United States District Judge