JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. MENDOZA, | Case No. 5:18-cv-01420-DMG (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| SAVANAH MANDOCK, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 5, 2019

_____
DOLLY M. GEE
United States District Judge